UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 29, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDY DALE WILHOITE, <br><br> Defendant. | Case No. 3:14-MJ-00005-CMK <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RANDY DALE WILHOITE ,

Case No.  3:14-MJ-00005-CMK , from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $  50,000 cosigned by parents

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): Pretrial conditions stated on the record;

__X__ Defendant to be released on 4/30/2014 at 10:00 AM to Pretrial Services.

Issued at Sacramento, California on April 29, 2014 at 2:00 PM

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney