BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-MJ-00005-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| RANDY DALE WILHOITE, JR., | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on December 5, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 16, 2015, at 2:00 p.m.
3. The defendant made his initial appearance on April 3, 2014, and preliminary hearing was scheduled for May 9, 2014.  On April 29, 2014, the parties appeared for a Bail Review Hearing.  At the

hearing, the defendant was released under the supervision of pretrial services.  On May 5, 2014, the preliminary hearing was reset to June 27, 2014, per stipulation between the parties.  On June 26, 2014, the preliminary hearing was reset to August 1, 2014, per stipulation between the parties.  On August 1, 2014, the preliminary hearing was reset to October 3, 2014, per stipulation of the parties.  On September 29, 2014, the preliminary hearing was reset to December 5, 2014, per stipulation of the parties.

4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.  The defendant is currently enrolled in college in Tennessee.

5. The United States has provided limited discovery to defense counsel.  The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

    a. Specifically, the parties are requesting a further delay in the preliminary hearing in an attempt to negotiate a pre-indictment resolution of the matter.  Given the nature of the allegations in the complaint, the severity of the applicable statutory penalties, and the nature and circumstances of the defendant, the research and investigation related to this case has required a substantial expenditure of time and energy by the parties.

///

///

Stipulation to Continue                2            United States v. Wilhoite, Jr.

   b. The parties anticipate presenting a negotiated resolution to the Court in advance of the January 16, 2015 preliminary hearing date.

6. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from December 5, 2014, through and including January 16, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: December 2, 2014        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: December 2, 2014        /s/ David R. Cohn
                               DAVID R. COHN
                               Attorney for Randy Wilhoite, Jr.
                               (as authorized on December 2, 2014)

**ORDER**

    IT IS SO FOUND AND ORDERED

Dated:   December 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE