WALLIN AND KLARICH
A LAW CORPORATION
David R. Cohn (SBN: 180071)
17592 Irvine Boulevard
Tustin, California 92780
Telephone: (714) 730-5300
Facsimile:  (714) 730-0337
Email: drc@wklaw.com

Attorney for Defendant
RANDY DALE WILHOITE, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RANDY DALE WILHOITE, JR.,<br><br>              Defendant. | Case No.: 3:14-MJ-00005-CMK<br><br>STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE<br><br>Judge: Hon. Edmund F. Brennan |

**STIPULATION**

Defendant Randy Dale Wilhoite, Jr., by and through his attorney of record, David R. Cohn, and plaintiff United States of America, by and through its counsel of record, Justin L. Lee, hereby stipulate as follows:

1. As a condition of Defendant's release, Defendant is currently unable to access or use a computer without his mother being present.
2. Defendant is enrolled in college in Tennessee.
3. Defendant is taking computer science and engineering courses that require the use of a computer while in class and during class hours.  As such, his mother will not be physically able

1

to be present during the required computer usage.

4. Pretrial Services has spoken with Defendant and his mother and has agreed to allow Defendant access to a computer for purposes of using it at school without his mother's supervision, so long as certain conditions are met.

5. Defendant's mother, with the recommendation of Pretrial Services, has agreed to purchase a new and separate laptop computer for Defendant.

6. Defendant's current pretrial release conditions will be modified; specifically, condition #14, condition #15 and condition #22 will be removed.

7. Two additional conditions will be added:

    a. You may access the Internet for school related purposes only as approved by your pretrial services officer. You may only access the internet using the computer approved by the Court. You may not use any computer, device, or telephone, to access the internet, other than the computer approved by the Court.

    b. You are authorized to have one (1) laptop computer in your residence. You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow Pretrial Services to install monitoring software on this computer, as approved by Court, and you shall not remove, tamper with, or in any way circumvent the software. Additionally, your parents shall be permitted to keep one (1) laptop computer that must be password

       protected and locked in a separate room of the residence at all times.

8. All other remaining conditions of release remain in full force and effect.
9. Pretrial Services is not opposed to the modification and is in agreement to allow Defendant access to a laptop computer.
10. By this stipulation, the parties agree to the modification to Defendant's release conditions and allowed access to a laptop computer for school purposes, so long as Defendant complies with the additional conditions set out by Pretrial Services.

**IT IS SO STIPULATED.**

Dated: January 27, 2015      /s/ *DAVID R. COHN*
                                                David R. Cohn, Esq.
                                                Attorney for Defendant
                                                RANDY DALE WILHOITE, JR.

Dated: January 27, 2015      /s/ *JUSTIN L. LEE*
                                                Justin L. Lee, Esq.
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff
                                                United States of America

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:   January 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE